UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTOPHER MASON,

    Plaintiff,

                                      Case No. 25-cv-10740
v.                                Hon. Matthew F. Leitman

K. SMITH,

    Defendants.

_____/

**<u>ORDER DISMISSING PLAINTIFF'S
COMPLAINT (ECF No. 1) WITHOUT PREJUDICE</u>**

In this action, Plaintiff Christopher Mason, an inmate at the Genesee County Jail, alleges that Defendant K. Smith violated his constitutional rights when Smith failed to prevent Mason from being assaulted by another inmate. (*See* Compl., ECF No. 1.)  At the time Mason filed his Complaint, he filed an application to proceed *in forma pauperis* ("IFP"), but he failed to "file the required Prisoner's Application to Proceed Without Prepayment of Fees and Costs and Authorization to Withdraw from the Trust Fund Account, a current Certification/Business Manager's Account Statement, and a statement of Trust Fund Account (or institutional equivalent) for the six-month period immediately preceding the filing of the complaint" so that the Court could evaluate and rule upon the IFP application. (Order, ECF No. 5.)

1

Accordingly, on March 20, 2025, the Court ordered Mason to either pay the filing fee or provide the requirement documentation by April 21, 2025. (*See id.*)

Mason has not responded to the Court's March 20 order.  Nor has he contacted the Court to seek additional time to respond.  In addition, a notice that the Court sent Mason was returned to the Court as undeliverable. (*See* Returned Mail, ECF No. 5.) Thus, it appears that Mason has failed to comply with Local Rule 11.2 by providing the Court his current address.  The failure by a plaintiff to provide the Court valid and updated contact information is not a mere technical violation of the rules. Without a current address or accurate contact information, the Court has no way of administering this civil action.

Accordingly, because Mason has failed to comply with Local Rule 11.2 by providing the Court his current address, and because he has failed to comply with the March 20 order by submitting the documents required to evaluate his IFP application, the Court **DISMISSES** Mason's Complaint (ECF No. 1) **WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  April 28, 2025

2

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 28, 2025, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126