UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTOPHER MASON,

    Plaintiff,

                                                                Case No. 25-cv-10740
v.                                                      Hon. Matthew F. Leitman

K. SMITH,

    Defendants.

_____/

# JUDGMENT

In accordance with the order entered on this day,

**IT IS ORDERED AND ADJUDGED** that Plaintiff's Complaint is **DISMISSED**.

                                        KINIKIA ESSIX
                                        CLERK OF COURT

                        By:    s/Holly A. Ryan
                                  Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated:  April 28, 2025
Detroit, Michigan

1